```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS RUIZ FLOREZ,

    Plaintiff,

v.

653 NINTH LLC and CORA INSPIRED INC.,

    Defendants.

**MEMORANDUM ENDORSED**

Case No. 24-cv-02072

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

    **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff and Defendants, through their undersigned attorneys, that the Parties have agreed to amicably resolve any and all claims by Plaintiff, and hereby stipulate, consent and agree to dismiss the instant action with prejudice. No award of attorneys' fees or costs will be awarded by the Court to any party except as provided in the Settlement Agreement.

Dated: New York, New York
July 15, 2024

/s/ Jennifer E. Tucek

Jennifer E. Tucek, Esq.
Law Office of Jennifer E. Tucek, P.C.
*Attorney for Plaintiffs*
315 Madison Avenue, Suite 3054
New York, New York 10017
TucekLaw@Gmail.com

/s/ Alexandra D. Mahabir

Alexandra D. Mahabir, Esq.
Koutsoudakis & Iakovou Law Group PLLC
*Attorneys for the Defendants*
40 Wall Street, 49th Floor
New York, NY 10005
amahabir@kilegal.com

The parties have stipulated to the dismissal of this action under F.R.C.P. 41(a)(1)(A)(ii). The Court has not ordered any portion of the content of this document. Stipulations of dismissal under F.R.C.P. 41(a)(1)(A)(ii) do not require Court order; the Court has no basis to take a position regarding any agreement between the parties--in particular, the Settlement Agreement referenced in the stipulation, which has not been shared with the Court--and does not do so. The Court is not retaining jurisdiction over any agreements between the parties. The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: July 16, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge